ANDREW L. SCHRADER, State Bar No. 307964
PANISH SHEA RAVIPUDI LLP
11111 Santa Monica Blvd.
Suite 700
Los Angeles, CA  90025
Telephone No.: 310-477-1700
Fax No.: 310-477-1699
E-Mail Address: aschrader@panish.law

Attorney for Tomas Mario Alberto De Leon-Aranda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS MARIO ALBERTO DE LEON-ARANDA<br><br>                  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>                  Defendant. | Case No. |

**SUMMONS**

To: UNITED STATES OF AMERICA

     A lawsuit has been filed against you

     Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, ANDREW L. SCHRADER, whose address is 11111 Santa Monica Blvd., Suite 700, Los Angeles, CA 90025.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

1  Date: _____

4                                                   _____
                                                    Clerk of the Court

7  (Court Seal)

2

SUMMONS FOR US DISTRICT COURT