1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ANDREW S. MAINARDI (CABN 338085)
4  Assistant United States Attorney

5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 788-3509
      Facsimile: (510) 637-3724
7     E-mail: andrew.mainardi@usdoj.gov

8  Attorneys for Defendant

9                          UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA
11                              SAN FRANCISCO DIVISION
12

13 | TOMAS MARIO ALBERTO DE LEON-   ) No. 3:25-cv-01529-LJC
   | ARANDA,                         )
14 |                        Plaintiff, ) **STIPULATION TO EXTEND TIME TO**
   |                                 ) **RESPOND & CONTINUE INITIL CASE**
15 |     v.                          ) **MANAGEMENT CONFERENCE;** [Proposed]
   |                                 ) **ORDER**
16 | UNITED STATES OF AMERICA,      )
   |                                 )
17 |                        Defendant. ) **Case Management Conference Current**
   |                                 ) **Date/Time:  May 15, 2025 at 1:30 p.m.**
18 |                                 ) **Judge: Hon. Lisa J. Cisneros**
   |                                 )
19 |                                 )
   |                                 )
20

21 Plaintiff and Defendant, by their attorneys of record ("The Parties"), hereby stipulate as follows:

22      WHEREAS, Plaintiff filed the Complaint in this Federal Tort Claims Act lawsuit on February
23 13, 2025. Dkt. No. 1;

24      WHEREAS, this Court scheduled the Initial Case Management Conference for May 15, 2025 at
25 1:30 p.m. Dkt. No. 8;

26      WHEREAS, there have been no other requests for time modifications in this matter;

27      WHEREAS, to afford Defendant additional time to respond to Plaintiff's Complaint and

28

STIPULATION; [Proposed] ORDER
Case No.: 3:25-cv-01529-LJC

1  additional time for Defendant's counsel to confer with his client regarding the accident at issue in the
2  lawsuit;
3     THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6-1(a), that the time within
4  which Defendant must answer or otherwise respond to the Complaint be extended one month from April
5  28, 2025 to May 28, 2025, and;
6     THE PARTIES FURTHER STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b),
7  that the Initial Case Management Conference, currently scheduled for May 15, 2025 at 1:30 p.m., be
8  continued to June 12, 2025 at 1:30 p.m., or a day and time that is suitable to the Court, and that the due
9  date for filing the Case Management Statement be reset accordingly.

Respectfully submitted,

DATED: April 16, 2025        PANISH SHEA RAVIPUDI LLP

    /s/ Andrew L. Schrader
ANDREW L. SCHRADER
Attorneys for Plaintiff


DATED: April 16, 2025        PATRICK D. ROBBINS
                             Acting United States Attorney

    /s/ Andrew S. Mainardi*
BY: ANDREW S. MAINARDI
Assistant United States Attorney
Attorneys for Defendant


*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIPULATION; [Proposed] ORDER
Case No.: 3:25-cv-01529-LJC

[~~PROPOSED~~] ORDER

The above STIPULATION is approved for this case and all parties shall comply with its provisions as follows:

1. Defendant's time within which to answer or otherwise respond to Plaintiff's Complaint is extended from April 28, 2025 to May 28, 2025, and;

2. The Initial Case Management Conference, currently set for May 15, 2025 at 1:30 p.m., is hereby reset to June 12, 2025 at 1:30 p.m., and the due date for the Initial Joint Case Management Statement is reset to June 5, 2025.

IT IS SO ORDERED.

Dated: April 17, 2025

_____
Hon. Lisa J. Cisneros

STIPULATION; ~~[Proposed]~~ ORDER
Case No.: 3:25-cv-01529-LJC