UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS MARIO ALBERTO DE LEON-ARANDA,<br><br>            Plaintiff,<br><br>      v.<br><br>USA,<br><br>            Defendant. | Case No. 25-cv-01529-LJC<br><br>**CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | June 30, 2025 |
| Updated case management statement: | September 11, 2025 |
| Initial case management conference: | September 18, 2025 |
| Fact discovery cut-off: | December 31, 2025 |
| Opening expert reports and disclosures: | January 16, 2026 |
| Rebuttal expert reports and disclosures: | January 30, 2026 |
| ADR deadline | March 27, 2026 |
| Expert discovery cut-off: | April 30, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | May 12, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | June 16, 2026 |
| Pretrial conference:[1] | Sept. 25, 2026, 1:30 PM |

---

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

| | | |
|---|---|---|
|1| Bench trial: | October 5, 2026 |
|2| | (8 days) |

3  **IT IS SO ORDERED.**

4  Dated: June 6, 2025

```
                                    _____
                                    LISA J. CISNEROS
                                    United States Magistrate Judge
```