CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOMAS MARIO ALBERTO DE LEON-ARANDA, <br><br>                    Plaintiff, <br><br>   v. <br><br> UNITED STATES OF AMERICA. <br><br>                  Defendant. | No. 3:25-cv-01529-LJC <br><br> **STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING EXPERT-RELATED DEADLINES BY ONE WEEK; ORDER** <br><br> Honorable Lisa J. Cisneros <br> United States Magistrate Judge |

STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING EXPERT-RELATED DEADLINES  BY ONE WEEK
3:25-cv-01529-LJC                                            1

Plaintiff, Tomas Mario Alberto De Leon-Aranda ("Plaintiff"), and Defendant, United States of America ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1. On November 20, 2026, and after the shutdown of the Federal Government, the Court issued the operative case management schedule. *See* Dkt. No. 32.

2. Under that schedule, the parties must disclose opening reports and disclosures by April 10, 2026, disclose rebuttal expert reports and disclosures by May 1, 2026, and complete expert discovery by May 22, 2026. *See* Dkt. No. 32 at 7.

3. Defendant's lead attorney, Assistant United States Attorney Douglas Johns, is departing the U.S. Attorney's Office on April 3, 2026.

4. Over the last two weeks, AUSA Johns and Plaintiff's lead counsel, Andrew Schrader, Esq., have conferred several times about the case schedule given AUSA Johns' departure while maintaining the majority of the current case schedule.

5. Based on those meet and confer discussions, the parties agreed to extend the expert-related deadlines by one week to allow the newly assigned attorney time to get up to speed on the case and finalize reports such that the following new deadlines apply, subject to approval of the Court: (A) the parties must disclose opening expert reports and disclosures by April 17, 2026; (B) the parties must disclose rebuttal expert reports and disclosures by May 8, 2026; and (C) the parties must complete expert discovery by May 29, 2026.

6. Defendant and its counsel appreciate Plaintiff and his counsel's understanding and professional courtesy.

7. The previous time modifications are as follows: The parties previously stipulated to extend Defendant's time to respond to Plaintiff's complaint and continue the Initial Case Management Conference. *See* Dkt. Nos. 12, 13, 16. The parties have also agreed to informal discovery extensions to respond to written discovery. The parties stipulated to continue the case management conference on September 9, 2025. *See* Dkt. Nos. 21, 22. Because of the shutdown of the Federal Government, the parties stipulated to stay the case, which the Court granted. *See* Dkt. Nos. 24, 25, 26. The parties have not previously modified or extended any other deadlines.

8.    The requested time modification would extend the expert-related deadlines by one week. The parties are not requesting any other modifications to the case management schedule at this time.

SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

Dated: April 2, 2026          By:    /s/ Douglas Johns
DOUGLAS JOHNS
Assistant United States Attorney
Attorney for Defendant

Dated: April 2, 2026          PANISH | SHEA| RAVIPUDI LLP

By:    /s/ Andrew Schrader
ANDREW SCHRADER
Attorneys for Plaintiff

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 2, 2026          By:    /s/ Douglas Johns
DOUGLAS JOHNS

STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING EXPERT-RELATED DEADLINES  BY ONE WEEK
3:25-cv-01529-LJC                          3

## DECLARATION OF DOUGLAS JOHNS

I, Douglas Johns, declare as follows:

1.  I am an Assistant United States Attorney and represent Defendant, United States of America ("Defendant"), in the above-captioned matter. I am a member in good standing of the State Bar of California and the Bar of this Court. I am making this declaration under Rule 6-2 of the "Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California" in support of the parties' "Stipulated Joint Request for an Order Extending Expert-Related Deadlines by One Week." The matters stated in this declaration are true of my own knowledge. If necessary, I could, and would, competently testify to them.

2.  I am lead counsel for Defendant, and I have been lead counsel since substituting in as lead counsel on June 25, 2025.

3.  I disclosed to Plaintiff's counsel, lead counsel, Andrew Schrader, Esq., that I was departing the U.S. Attorney's Office, and that my last day is scheduled to be Friday, April 3, 2026.

4.  Under the operative case management schedule, the parties must disclose experts and reports by April 10, 2026, the parties must disclose rebuttal expert reports and disclosures by May 1, 2026, and the parties must complete expert discovery by May 22, 2026.

5.  I requested a one-week extension from Mr. Schrader for the expert-related deadlines to allow the newly assigned Assistant United States Attorney time to get up to speed on the case and to work on the expert disclosures, rebuttal disclosures, and complete expert discovery.

6.  Mr. Schrader agreed, and I appreciate his professionalism and courtesy.

7.  Based on my knowledge of the case and my review of the docket, the previous time modifications are as follows: The parties previously stipulated to extend Defendant's time to respond to Plaintiff's complaint and continue the Initial Case Management Conference. *See* Dkt. Nos. 12, 13, 16. The parties have also agreed to informal discovery extensions to respond to written discovery. The parties stipulated to continue the case management conference on September 9, 2025. *See* Dkt. Nos. 21, 22. Because of the shutdown of the Federal Government, the parties stipulated to stay the case, which the Court granted. *See* Dkt. Nos. 24, 25, 26. The parties have not previously modified or extended any other

STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING EXPERT-RELATED DEADLINES  BY ONE WEEK
3:25-cv-01529-LJC                                         4

deadlines.

8.  The requested time modification requested time modification would extend the expert-related deadlines by one week. The parties are not requesting any other modifications to the case management schedule at this time.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 2nd day of April, 2026, in San Jose, California.

/s/ Douglas Johns
DOUGLAS JOHNS
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED:

A.  Plaintiff and Defendant must disclose opening expert reports and disclosures by April 17, 2026.

B.  Plaintiff and Defendant must disclose rebuttal expert reports and disclosures by May 8, 2026.

C.  Plaintiff and Defendant must complete expert discovery by May 29, 2026.

D.  There are no other modifications to the Case Management Schedule dated November 20, 2025 and issued on November 20, 2025. *See* Dkt. No. 32.

[In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

DATED: April 2, 2026

_____
HONORABLE LISA J. CISNEROS
United States Magistrate Judge

STIPULATED JOINT REQUEST FOR AN ORDER EXTENDING EXPERT-RELATED DEADLINES  BY ONE WEEK
3:25-cv-01529-LJC                                           6