PANISH | SHEA | RAVIPUDI LLP
THOMAS A. SCHULTZ, State Bar No. 149578
  *tschultz@panish.law*
ANDREW L. SCHRADER, State Bar No. 307964
  *aschrader@panish.law*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiff, TOMAS MARIO
ALBERTO DE LEON-ARANDA

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    john.wollman@usdoj.gov

Attorneys for Defendant, UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TOMAS MARIO ALBERTO DE LEON-ARANDA, | Case No. 3:25-cv-01529-LJC |
| Plaintiff, | **Second Stipulation to Extend Certain Expert-Related Deadlines; Order As Modified** |
| v. | |
| UNITED STATES OF AMERICA | Magistrate Judge: Lisa J. Cisneros |
| Defendant. | Trial Date:  11/02/2026 |

**Stipulation to Extend Certain Expert-Related Deadlines**

Plaintiff, Tomas Mario Alberto De Leon-Aranda ("Plaintiff"), and Defendant, United States of America ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1.      Pursuant to the operative case management schedule (Dkt. Nos., 32, 42), the Parties disclosed experts on April 17 and May 8, 2026.

2.      Plaintiff has disclosed six retained experts; Defendant has disclosed seven retained experts.

3.      Under the operative case management schedule, expert depositions were due to be completed by May 29, 2026.

4.      Because of the difficulties in coordinating the schedules of experts and counsel, the Parties have been unable to complete all expert depositions prior to May 29, 2026.

5.      The Parties wish to extend the deadline to complete expert depositions to June 30, 2026 so that there is more flexibility in scheduling expert depositions. The settlement conference in this matter is set for July 29, 2026, and the Parties' proposed modification would allow them to complete all expert depositions prior to the settlement conference.

6.      The current schedule calls for *Daubert* motions to be filed on June 12, 2026, and to be heard on July 21, 2026. The Parties wish to extend these deadlines to September 18 and October 16, 2026, respectively. The Parties believe that better distributes the remaining work on the case in the time between the settlement conference and trial.

7.      The previous time modifications are as follows: The parties previously stipulated to extend Defendant's time to respond to Plaintiff's complaint and continue the Initial Case Management Conference. *See* Dkt. Nos. 12, 13, 16. The parties have also agreed to informal discovery extensions to respond to written discovery. The parties stipulated to continue the case management conference on September 9, 2025. *See* Dkt. Nos. 21, 22. Because of the shutdown of the Federal Government, the parties stipulated to stay the case, which the Court granted. *See* Dkt. Nos. 24, 25, 26. The Parties previously stipulated to extend expert disclosure deadlines. *See* Dkt. No. 32, 42.

DATED:  May 26, 2026                    PANISH | SHEA | RAVIPUDI LLP


                                        By:        /s/ Andrew L. Schrader
                                               Andrew L. Schrader
                                               Attorneys for Plaintiff, TOMAS MARIO
                                               ALBERTO DE LEON-ARANDA


Dated: May 26, 2026                            Respectfully submitted,

                                               CRAIG H. MISSAKIAN
                                               United States Attorney


                                                /s/ John L. Wollman
                                               JOHN L. WOLLMAN
                                               Assistant United States Attorney
                                               Attorneys for Defendant, UNITED STATES
                                               OF AMERICA

PANISH | SHEA | RAVIPUDI LLP

PANISH | SHEA | RAVIPUDI LLP

**[Proposed]** **Order** **As Modified**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED:

A.      Plaintiff and Defendant shall complete expert depositions by June 30, 2026.

B.      Plaintiff and Defendant shall serve any *Daubert* motions by August 27, 2026 September 18, 2026.

C.      Any *Daubert* motions shall be heard on October 16, 2026 at 10:30 am.

IT IS SO ORDERED.

DATED: _5/27/2026_____        _____

HONORABLE LISA J. CISNEROS
United States Magistrate Judge

4                                   Case No. 3:25-cv-01529-LJC

Second Stipulation to Extend Certain Expert-Related Deadlines